# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Edward Lennin CHAVEZ LEZAMA** ) | |
| Vs. ) | Civil Action: 3:26-cv-114 |
| PAMELA J. BONDI, ) | |
| U.S. ATTORNEY GENERAL; ) | |
| KRISTI NOEM, SECRETARY OF ) | |
| HOMELAND SECURITY, DEPARTMENT ) | |
| OF ) | |
| HOMELAND SECURITY; TODD LYONS, ) | |
| ACTING DIRECTOR, U.S. IMMIGRATION ) | |
| AND CUSTOMS ENFORCEMENT (ICE); ) | |
| DAVID ONEAL, DIRECTOR ) | |
| PHILADELPHIA ) | |
| ICE FIELD OFFICE; ) | |
| LEONARD ODDO, WARDEN, ) | |
| MOSHANNON VALLEY ) | |
| PROCESSING CENTER ) | |

## ORDER

AND NOW, this 4tth day of February, 2026, upon consideration of the Motion for Admission Pro Hae Vice filed by Ysabel Williams, Esq., it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Ysabel Williams, Esq., is admitted to practice before this Court pro hac vice in the above-captioned matter, subject to the Local Rules of the United States District Court for the Western District of Pennsylvania.

1

2

IT IS FURTHER ORDERED that Ysabel Williams, shall be bound by the Pennsylvania Rules of Professional Conduct, the Local Rules of this Court, and all applicable orders of this Court.

s/ J. Nicholas Ranjan
United States District Judge